IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS

FILED
2019 JUL -9 AM 10:51
CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

COLIN SUTTLES,

    Plaintiff,

v.

FACEBOOK, INC.,

    Defendant.

Case No. 18-cv-1004-LY

## CERTIFICATION PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 5.1

TO THE ATTORNEY GENERAL OF THE UNITED STATES OF AMERICA:

TAKE NOTICE that in the above-captioned action, Defendant Facebook, Inc., filed a Motion to Dismiss Plaintiff's Second Amended Complaint on July 5, 2019, which asserts that 47 U.S.C. § 227(b)(1)(A)(iii) violates the First Amendment to the United States Constitution.

Accordingly, as required by Federal Rule of Civil Procedure 5.1 and 28 U.S.C. § 2403, this Court hereby certifies that the constitutionality of the above-referenced federal statute has been placed at issue, and notifies you that you may therefore intervene in this case. If you wish to intervene, you should file your motion to intervene pursuant to Rule. 5.1 within 60 days from the date of this Certification or from the date that Facebook files a Notice under Rule 5.1, whichever is earlier, or by such later date as may be set by the Court.

Dated: July 9, 2019

Lee Yeakel
Unites States District Judge